IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**RECEIVED**
2006 DEC 28 A 11:06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06CR301-CSC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| JENIFER DAWN VINE | ) | INFORMATION |

The United States Attorney charges that:

Between the 17th of September and the 4th of October 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, JENIFER DAWN VINE, did knowingly steal, purloin, conceal and retain, with intent to convert to her use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: Twenty five dollars in cash in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*Nathan T. Golden*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

STATE OF ALABAMA    )    AFFIDAVIT
                    )
DALE COUNTY         )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that between the 17th of September 2006 and the 4th of October 2006 JENIFER D. VINE removed cash from the register at Burger King Restaurant on Fort Rucker. VINE was advised of her rights, which she waived making a sworn statement admitting to taking twenty five dollars.

JASON D. WHITE, Military Police Officer, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __14__ day of _Dec_ 2006.

NOTARY PUBLIC

My commission expires: 23 DEC 2006