AB (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: MICHAEL DAVID KING
CASE NUMBER: 2:06cr301-WHA

Judgment — Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**108 months.** This term consists of 108 months on Count 1 and 108 months on Count 3, such terms to be served concurrently.

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where sex offender treatment is available and his physical health needs can be addressed.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

DEFENDANT DELIVERED/VOLUNTARY SURRENDERED
ON 7-26-07 TO FCI OAKDALE, LA
WITH A CERTIFIED COPY OF THIS JUDGEMENT.
WARDEN _J. P. Young_
ISM STAFF _S. Oui_

UNITED STATES MARSHAL

By _____
RETURNED AND FILED
UNITED STATES MARSHAL

AUG - 7 2007

CLERK
U.S. DISTRICT COURT